presented questions of fact as to the negligence of the defendants and as to the plaintiff's interstate's freedom from contributory negligence.

Chauncey P. McKNIGHT v. Louise S. McKNIGHT. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion dismissed, with $10 costs. Order filed.

Alonzo McLAFFERTY, applt., v. Ralph A. KELLOGG, respt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment of Supreme Court and judgment of Buffalo City Court reversed and new trial granted, to be held in the City Court of Buffalo, on the 7th day of February, 1916, at 10 o'clock a. m., with costs to appellant to abide event, upon the authority of Miller v. City of Buffalo et al., 126 App. Div. 923, 111 N. Y. Supp. 1131. All concur.

James F. McNABOE, as trustee, etc., Respt., v. Herbert REEVES et al., Applts. (Supreme Court, Appellate Division, First Department. January 21, 1916.) Determination affirmed, with costs. No opinion. Laughlin, J., dissenting. Order filed.

Francis P. McNICHOL, as executor, etc., of Catherine Farrell, deceased, appellant, v. Annie E. SLINEY, respondent. (Supreme Court, Appellate Division, Second Department. December 17, 1915.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

Percy C. MAGNUS, Applt., v. U. S. RUBBER CO. and ano., Respts. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

James H. MAGUIRE, an infant, etc., respondent, v. EDISON ELECTRIC ILLUMINATING COMPANY OF BROOKLYN, appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Judgment and order of the County Court of Kings County unanimously affirmed, with costs. No opinion.

Lillian MAGUIRE, an infant, etc., respondent, v. EDISON ELECTRIC ILLUMINATING COMPANY OF BROOKLYN, appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Judgment and order of the County Court of Kings County unanimously affirmed, with costs. No opinion.

Mary MAHONEY as admx., Respt., v. STANCOURT LAUNDRY CO., Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment and order affirmed, with costs. No opinion. Order filed.

Mary MAHONEY as admx. v. STANCOURT LAUNDRY CO. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion denied, with $10 costs. Order filed.

Frank W. MALONEY, et al., applts., v. Margaret M. RAMPFIELD, respt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Appeal dismissed without costs upon stipulation filed.

MANHATTAN RY. CO. v. Anetta BOCKAR et al. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion granted; question certified. Order filed.

MANHATTAN RY. CO. v. Henry A. WINGERT. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion granted; question certified. Order filed.

MARCH, Respondent, v. LEHIGH & WILKESBARRE COAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) Action by Simon March against the Lehigh & Wilkesbarre Coal Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 156 N. Y. Supp. 1133.

MARCH, Respondent, v. LEHIGH & WILKESBARRE COAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) Action by Simon March against the Lehigh & Wilkesbarre Coal Company. No opinion. Order unanimously affirmed, with costs. See, also, 156 N. Y. Supp. 1133.

Kathryn S. MARSTON, as extrix., Applt., v. CITY OF NEW YORK, Respt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment and order affirmed, with costs. No opinion. McLaughlin and Scott, JJ., dissenting. Order filed.

In the Matter of Frank P. MARTIN. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Motion granted.

John MARTINKOVICS, Respt., v. LEHIGH COAL & NAVIGATION CO., Applt. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Judgment and order (90 Misc. Rep. 185, 154 N. Y. Supp. 178) affirmed, on the authority of Andriuszis v. Phil & R. Coal & Iron Co. (App. Div. 2d Dept.) 156 N. Y. Supp. 260, not yet officially reported. Ingraham, P. J., dissenting. Order filed.

MASTEN, Respondent, v. BEAVER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Andrew Masten, an infant, etc., against the Beaver Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.